# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER DILLON,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 76925

FILED

OCT 0 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 27, 2017. Appellant did not file the notice of appeal, however, until September 7, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-38246

cc: Hon. Carolyn Ellsworth, District Judge
Christopher Dillon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk